IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: |
| AUMOND GLEN, LLC | 08-04294-8-JRL |
|    Debtor | Chapter 11 |

**APPLICATION TO SHORTEN TIME TO FILE RESPONSES
TO EMERGENCY MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS
AND OTHER INTERESTS WITH LIENS TO ATTACH TO PROCEEDS PURSUANT
TO 11 U.S.C. § 363(f), MOTION FOR PRIVATE SALE, DEBTOR'S EMERGENCY
MOTION FOR ORDER AUTHORIZING
POST-PETITION FINANCING ARRANGEMENT PURSUANT
TO 11 U.S.C. § 364(c) WITH SUNTRUST BANK, AND DEBTOR'S MOTION FOR
ORDER AUTHORIZING POST-PETITION FINANCING ARRANGEMENT
PURSUANT TO 11 U.S.C. § 364(d)**

Comes now, Debtor, by and through undersigned counsel of record, and hereby files an Application with this Court to Shorten Time within which parties in interest have to file responses to Emergency Motion to Sell Property Free and Clear of Liens and Other Interests with Liens to Attach to Proceeds, Motion for Private Sale, Debtor's Emergency Motion for Order Authorizing Post-Petition Financing Arrangement Pursuant to 11 U.S.C. § 364(c) with SunTrust Bank, and Debtor's Motion for Order Authorizing Post-Petition Financing Arrangement Pursuant U.S.C. § 364(d), ("the Motions") and in support of this Application, the Debtor states the following:

    1.    The Debtor filed a Chapter 11 Petition on June 27, 2008.

    2.    The Debtor is filing the Motions and appropriate Notices on June 27, 2008.  The Notices and Motions request a court order authorizing the Debtor to sell lots free and clear of liens and obtain additional financing. The Debtor has closings which are scheduled to close earlier than the notice time required.  These closings constitute the Debtor's only source of revenue and the Debtor believes that failure to close these sales in a timely manner will result in

immediate and irreparable harm to the estate.

      3.      The Debtor seeks to have the time shortened within which parties have to respond to the Notices and Motions to 10:00 a.m. on July 1, 2008. The Debtor requests a hearing on the Notices and Motions for July 1, 2008, if any response is filed, no later than July 1, 2008.

      WHEREFORE, the Debtor requests that the time be shortened to 10:00 a.m. on July 1, 2008, within which parties have to file a response to the Notices and Motions, and that the Court schedule a hearing on the Motions for July 1, 2008, if any response is filed.

DATED: 06/27/08

s/Trawick H. Stubbs, Jr.  
TRAWICK H. STUBBS, JR.  
N.C. State Bar No: 4221  
LAURIE B. BIGGS  
N.C. State Bar No: 31845  
STUBBS & PERDUE, P.A.  
Post Office Box 1654  
New Bern, N. C. 28563-1654  
(252) 633-2700  
(252) 633-9600 (Facsimile)

3

CERTIFICATE OF SERVICE

       I, Laurie B. Biggs, 8450 Falls of Neuse Road, Suite 206, Raleigh, North Carolina 27615, certify:

       That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

       That on the date shown below, I served copies of the foregoing on the party listed below electronically as indicated;

       I certify under penalty of perjury that the foregoing is true and correct.

       DATED: 06/27/08

                                        s/Laurie B. Biggs
                                        LAURIE B. BIGGS
                                        STUBBS & PERDUE, P.A.
                                        8450 Falls of Neuse Road, Suite 206
                                        Raleigh, NC 27615
                                        (919) 870-6258
                                        N.C. State Bar No. 31845

cc:
Marjorie Lynch, Bankruptcy Administrator   (via CM/ECF & Email Transmission)
Marjorie_Lynch@nceba.uscourts.gov