IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: |
| AUMOND GLEN, LLC | 08-04294-8-JRL |
|    Debtor | Chapter 11 |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $Amount unknown |
   | | (To be determined by the Court) |
   | Prior to filing this statement, I have received | $7,973.83 |
   | In addition, I am holding in trust for attorney's fees and expenses | $ 0.00 |
   | Balance Due | $Amount unknown |
   | | (To be determined by the Court) |

2. The source of compensation paid to me is:

   [ ] Debtor                [x] Other (specify)  J. Franklin Martin

3. The source of compensation to be paid to me is:

   [x] Debtor                [x] Other (specify) Other potential sources

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11, United States Code;

   b) Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

   c) Representation of the debtor at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) Additional fees to be approved by the Bankruptcy Court

6. By agreement with the debtor, the above disclosed fee does not include the following services:

   Not applicable

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: 07/14/08

s/Trawick H. Stubbs, Jr.
TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
N.C. State Bar No.: 4221
Attorney for Debtor
P.O. Box 1654
New Bern, NC  28563
(252) 633-2700
(252) 633-9600 FAX