UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

In re:                                                                                    Case No.
AUMOND GLEN, LLC                                                           08-04294-8-JRL


Debtor                                                                                    Chapter 11


OBJECTION TO SECOND APPLICATION FOR APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES

NOW COMES the Bankruptcy Administrator for the Eastern District of North Carolina responding to the Debtor's Second Report and Application for Approval of Compensation and Reimbursement of Expenses, and in support thereof, the Bankruptcy Administrator shows unto the court as follows:

1.      The Debtor filed its Chapter 11 petition on June 27, 2008. Debtor's counsel represents related entities of Back Creek Farms Subdivision, LLC, Eagles Trace, LLC, Eagle Creek Subdivision, LLC, Saddlebrook Subdivision, LLC, Myers Mill, LLC, The Rapids at Belmeade, LLC, Water Mill, LLC, River Chase Subdivision, LLC, Kelsey Glen, LLC, Chandler Oaks, LLC, The Heights Subdivision, LLC, Lismore Park, LLC, the Village at Windsor Creek, LLC, Old Towne, LLC, and Caledonia Subdivision, LLC, (the "Affiliated Debtors").

2.      Counsel seeks compensation in the amount of $31,578.00 and reimbursement of expenses in the amount of $1,625.00. The services were rendered between September 15, 2008 to December 2, 2008. This is counsel's second application; the first application sought compensation in the amount of $33,095.50 and reimbursement of expenses in the amount of $1,172.81. An Order was entered October 10, 2008 allowing counsel's fees and expenses requested in full and permitting counsel to seek payment in full after notice.

3.      The Debtor in this case owns residential lots located off Harrisburg Road in Lancaster, S.C., consisting of Phase l with 178 partially developed lots and Phase ll consisting of 78 partially developed lots. The Debtor filed its plan and disclosure statement on September 25, 2008. A hearing was conducted to consider approval of the disclosure statement and the court ordered that the plan and disclosure statement be amended. No plan has been confirmed as of the date of counsel's second fee application.

4.      The Bankruptcy Administrator objects to the Application based upon the following issues:

a. Time entry dated September 17, 2008 for LBB for 3 hours totalling $705.00 and for THS for 5 hours totalling $1,750.00 for travel to Raleigh/Charlotte/Raleigh does not appear to have been equally divided between the Landcraft cases as the meeting likely focussed on the

other Landcraft cases, not just the two (2) cases in which fees are being sought, which includes the case of Myers Mills, LLC, bearing case number 08-06508-8-JRL.

 b. When reviewing the time entries dating from September 18, 2008 through September 25, 2008 for LBB for "review of and revisions to plan and disclosure statement" total 18 hours which appears to be excessive for one case.

 c. There are several time entries dated from October 23, 2008 through November 10, 2008 relating to the Committee's Motion to Consolidate the Landcraft cases research of law, preparation of briefs and attendance at the hearing set for November 10, 2008.  Due to the amount of time put into this matter by multiple members of the firm, it appears that the time regarding this matter has not been allocated properly between all of the related cases.

 d. Time entries dated November 12, 2008 and November 13, 2008 appear to be duplicates for LBB, "Legal Research Re: Joint plans and consolidated plans."

 e. Time entries for LBB dated November 20, 22, 25, 26, 29 and December 1, 2008 all are relating to "preparation of joint plan and disclosure statement and issues therein" that appears to not have been equally divided between the "joint" cases.

 WHEREFORE, the Bankruptcy Administrator respectfully objects to the Second Report and Application for Approval of Compensation and Reimbursement of Expenses; and

1. Requests that a hearing be conducted on this objection;

2. That the Court consider the arguments of counsel and determine the proper methods for allocating the time spent in these related cases; and

3. Such other and further relief as the court deems just and proper.

Respectfully submitted, this the 22nd day of December, 2008.

              S/*Marjorie K. Lynch*
              Marjorie K. Lynch
              Bankruptcy Administrator

Eastern District of North Carolina
Post Office Box 3758
Wilson, North Carolina,  27895-3758
252-237-6854

## CERTIFICATE OF SERVICE

I, Lesley A. Cavenaugh, of Post Office Box 3758, Wilson, North Carolina, 27895-3758, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 22nd day of December, 2008 served copies of the foregoing document on the following:

Trawick H. Stubbs
Attorney for Debtor
P.O. Drawer 1654
New Bern, NC 28563

by electronic service via cm/ecf, and

Aumond Glen, LLC
c/o Scott Stover
521 E. Morehead St. Ste.405
Charlotte, N.C. 28202

by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of December, 2008.

                                                  s/*Lesley A. Cavenaugh*
                                                Lesley A. Cavenaugh, Paralegal, NCCP
                                                Assistant to Bankruptcy Administrator
                                                Eastern District of North Carolina
                                                Post Office Box 3758
                                                Wilson, North Carolina 27895-3758