**VAN–006** Order Appointing Interim Trustee and Approving Standing Bond – Rev. 06/16/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Aumond Glen, LLC
521 E. Morehead St, Ste 405
Charlotte, NC 28202

CASE NO.: 08–04294–8–JRL

DATE FILED: June 27, 2008

TaxID: 20–3507753

CHAPTER: 11

ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Gerald A Jeutter Jr.
PO Box 12585
Raleigh, NC 27605–2585

DATED: February 26, 2009

J. Rich Leonard
United States Bankruptcy Judge