IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUMOND GLEN, LLC, | ) | Case No. 08-04294-8-JRL |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**SUNTRUST BANK'S LIMITED OBJECTION TO THE TRUSTEE'S REQUEST FOR INTERIM COMMISSION AND REIMBURSEMENT OF EXPENSES**

SunTrust Bank ("SunTrust") hereby submits its Limited Objection to the Trustee's Request for Interim Compensation and Reimbursement of Expenses (the "Fee Application"). In support of its Limited Objection, SunTrust shows the Court the following:

1. The Debtor filed a voluntary Chapter 11 petition on June 27, 2008.

2. On February 26, 2009, Gerald A. Jeutter, Jr. was appointed Chapter 11 Trustee to fulfill the duties as stated in 11 U.S.C. § 1106.

3. On June 23, 2010, the Trustee filed the Fee Application.

4. SunTrust does not object to the amount of the commissions or reimbursement of expenses sought by the Fee Application.

5. However, the Debtor has been (and continues to be) operated under an approved cash collateral order and budget. The cash collateral budget approved by the parties and the Court provides for specific line items, including professional fees. To the extent there are sufficient funds, and as there are sufficient funds, in the cash collateral budget, SunTrust has no objection to the Trustee being paid.

2

WHEREFORE, SunTrust respectfully objects to the Fee Application; and

1. Requests that the Fee Application be approved but that the Trustee receive commissions and reimbursement of expenses to the extent there are, and as there are, available funds from each closing according to the cash collateral budget; and

2. Grant such other and further relief as the Court deems just and proper.

This the 30th day of June, 2010.

/s/ Brian D. Darer
Brian D. Darer
N.C. State Bar No. 25383
PARKER POE ADAMS & BERNSTEIN LLP
150 Fayetteville Street, Suite 1400
P.O. Box 389
Raleigh, North Carolina 27602
briandarer@parkerpoe.com
Tel: (919) 828-0564
Fax: (919) 834-4564

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SUNTRUST BANK's LIMITED OBJECTION TO THE TRUSTEE'S REQUEST FOR INTERIM COMMISSION AND REIMBURSEMENT OF EXPENSES** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

>Gerald A. Jeutter, Jr.
>615 Oberlin Road, Suite 102
>Post Office Box 12585
>Raleigh, NC 27605
>
>Marjorie K. Lynch
>United States Bankruptcy Administrator
>P. O. Box 3758
>1760B Parkwood Boulevard
>Wilson, North Carolina 27895-3758

This the 30th day of June, 2010.

>_/s/ Brian D. Darer_
>Brian D. Darer
>Parker Poe Adams & Bernstein LLP
>P. O. Box 389
>Raleigh, North Carolina  27602